AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION
CASE NO.: 5:24-MJ-5009-001
FILED ON JUNE 27, 2024

United States of America
v.
David Michael Camden

*Defendant*

)
)
)
)
)
)
)

Case: 1:24-mj-00208
Assigned to: Judge Meriweather, Robin M.
Assign Date: 6/26/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                David Camden                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting/Resisting/Impeding a Federal Officer;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18
U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings

Date:   06/26/2024                                                    /s/ Robin M. Meriweather
2024.06.26 16:48:57 -04'00'
*Issuing officer's signature*

City and state:      Washington, D.C.                  Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
*Arresting officer's signature*

*Printed name and title*